

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Shelby Division**

In Re:
Suzanne Peace Crawley

Case No.: 05–40486

Chapter: 7

# FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

- Langdon M. Cooper is discharged as trustee of the estate of the above named debtor and the bond is cancelled.
- The chapter 7 case of the above named debtor is closed.
- Trustee's Final Report is Approved.

Dated: August 12, 2005

BY THE COURT

Marvin R. Wooten
United States Bankruptcy Judge

Electronically filed and signed (8/12/05)