

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Shelby Division**

In Re:
Suzanne Peace Crawley

Case No.: 05–40486

Chapter: 7

# ORDER DISCHARGING DEBTOR

It appearing that a petition commencing a case under title 11, United States Code, was filed by or against the person named above on April 28, 2005, and that an order for relief was entered under chapter 7, and that no complaint objecting to the discharge of the debtor was filed within the time fixed by the court (or that a complaint objecting to discharge of the debtor was filed and, after due notice and hearing, was not sustained);

**IT IS ORDERED THAT:**

1. The above named debtor is released from all dischargeable debts.

2. Any judgement heretofore or hereafter obtained in any court other than this court is null and void as a determination of the personal liability of the debtor with respect to any of the following:

    a. debts dischargeable under 11 U.S.C. sec. 523;

    b. unless heretofore or hereafter determined by order of this court to be nondischargeable, debts alleged to be excepted from discharge under clauses (2), (4), (6) and (15) of 11 U.S.C. sec. 523(a);

    c. debts determined by this court to be discharged.

3. All creditors whose debts are discharged by this order and all creditors whose judgements are declared null and void by paragraph 2 above are enjoined from instituting or continuing any action or employing any process or engaging in any act to collect such debts as personal liabilities of the above–named debtor.

Dated: August 12, 2005

BY THE COURT

Marvin R. Wooten
United States Bankruptcy Judge

Electronically filed and signed (8/12/05)